**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION**

| | | |
|---|---|---|
| DAVID CAMM | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 4:14-cv-123-SEB-WGH |
| | ) | |
| STAN FAITH, et al | ) | |
| | ) | |
| Defendants. | ) | |

**ANSWER**

Come now Defendants Rodney Englert and Englert Forensic Consultants, LLC, by

counsel and for their answer to Plaintiff's complaint for damages states as follows:

**INTRODUCTION**

1.      Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the

material allegations contained in rhetorical paragraph 1 of Plaintiff's Complaint for Damages.

2.      Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without

knowledge or information sufficient to admit or deny the material allegations contained in

rhetorical paragraph 2 of Plaintiff's Complaint for Damages.

3.      Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without

knowledge or information sufficient to admit or deny the material allegations contained in

rhetorical paragraph 3 of Plaintiff's Complaint for Damages.

4.      Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without

knowledge or information sufficient to admit or deny the material allegations contained in

rhetorical paragraph 4 of Plaintiff's Complaint for Damages.

5.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 5 of Plaintiff's Complaint for Damages.

6.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 6 of Plaintiff's Complaint for Damages.

7.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 7 of Plaintiff's Complaint for Damages.

8.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 8 of Plaintiff's Complaint for Damages.

9.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 9 of Plaintiff's Complaint for Damages.

10.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 10 of Plaintiff's Complaint for Damages.

11.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 11 of Plaintiff's Complaint for Damages.

12.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 12 of Plaintiff's Complaint for Damages.

13.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 13 of Plaintiff's Complaint for Damages.

14.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 14 of Plaintiff's Complaint for Damages.

15.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 15 of Plaintiff's Complaint for Damages.

16.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 16 of Plaintiff's Complaint for Damages.

17.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 17 of Plaintiff's Complaint for Damages.

18.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 18 of Plaintiff's Complaint for Damages.

19.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 19 of Plaintiff's Complaint for Damages.

20.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 20 of Plaintiff's Complaint for Damages.

21.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 21 of Plaintiff's Complaint for Damages.

22.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 22 of Plaintiff's Complaint for Damages.

23.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 23 of Plaintiff's Complaint for Damages.

24.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 24 of Plaintiff's Complaint for Damages.

25.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 25 of Plaintiff's Complaint for Damages.

26.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 26 of Plaintiff's Complaint for Damages.

27.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 27 of Plaintiff's Complaint for Damages.

28.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 28 of Plaintiff's Complaint for Damages.

29.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 29 of Plaintiff's Complaint for Damages.

30.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 30 of Plaintiff's Complaint for Damages.

31.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 31 of Plaintiff's Complaint for Damages.

32.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 32 of Plaintiff's Complaint for Damages.

33.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 33 of Plaintiff's Complaint for Damages.

**THE FAKE EXPERT**

34.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 34 of Plaintiff's Complaint for Damages.

35.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 35 of Plaintiff's Complaint for Damages.

36.     Defendants Rodney Englert and Englert Forensic Consultants, LLC admit the material allegations contained in rhetorical paragraph 36 of Plaintiff's Complaint for Damages.

37.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 37 of Plaintiff's Complaint for Damages.

38.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 38 of Plaintiff's Complaint for Damages.

39.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 39 of Plaintiff's Complaint for Damages.

40.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 40 of Plaintiff's Complaint for Damages.

41.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 41 of Plaintiff's Complaint for Damages.

42.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 42 of Plaintiff's Complaint for Damages.

43.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 43 of Plaintiff's Complaint for Damages.

44.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 44 of Plaintiff's Complaint for Damages.

45.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 45 of Plaintiff's Complaint for Damages.

46.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 46 of Plaintiff's Complaint for Damages.

47.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 47 of Plaintiff's Complaint for Damages.

48.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 48 of Plaintiff's Complaint for Damages.

49.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 49 of Plaintiff's Complaint for Damages.

**"PROBABLE CAUSE" AFFIDAVIT**

50.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 50 of Plaintiff's Complaint for Damages.

51.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 51 of Plaintiff's Complaint for Damages.

52.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 52 of Plaintiff's Complaint for Damages.

53.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 53 of Plaintiff's Complaint for Damages.

54.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 54 of Plaintiff's Complaint for Damages.

**CHARLES BONEY'S SWEATSHIRT**

55.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 55 of Plaintiff's Complaint for Damages.

56.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 56 of Plaintiff's Complaint for Damages.

57.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 57 of Plaintiff's Complaint for Damages.

58.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 58 of Plaintiff's Complaint for Damages.

59.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 59 of Plaintiff's Complaint for Damages.

60.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 60 of Plaintiff's Complaint for Damages.

61.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 61 of Plaintiff's Complaint for Damages.

62.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 62 of Plaintiff's Complaint for Damages.

63.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 63 of Plaintiff's Complaint for Damages.

64.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 64 of Plaintiff's Complaint for Damages.

65.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 65 of Plaintiff's Complaint for Damages.

66.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 66 of Plaintiff's Complaint for Damages.

67.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 67 of Plaintiff's Complaint for Damages.

68.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 68 of Plaintiff's Complaint for Damages.

69.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 69 of Plaintiff's Complaint for Damages.

70.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 70 of Plaintiff's Complaint for Damages.

71.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 71 of Plaintiff's Complaint for Damages.

72.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 72 of Plaintiff's Complaint for Damages.

73.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 73 of Plaintiff's Complaint for Damages.

74.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 74 of Plaintiff's Complaint for Damages.

75.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 75 of Plaintiff's Complaint for Damages.

76.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 76 of Plaintiff's Complaint for Damages.

77.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 77 of Plaintiff's Complaint for Damages.

78.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 78 of Plaintiff's Complaint for Damages.

79.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 79 of Plaintiff's Complaint for Damages.

80.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 80 of Plaintiff's Complaint for Damages.

## FAITH'S CONNECTION TO CHARLES BONEY

81.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 81 of Plaintiff's Complaint for Damages.

82.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 82 of Plaintiff's Complaint for Damages.

83.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 83 of Plaintiff's Complaint for Damages.

84.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 84 of Plaintiff's Complaint for Damages.

85.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 85 of Plaintiff's Complaint for Damages.

86.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 86 of Plaintiff's Complaint for Damages.

87.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 87 of Plaintiff's Complaint for Damages.

88.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 88 of Plaintiff's Complaint for Damages.

89.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 89 of Plaintiff's Complaint for Damages.

90.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 90 of Plaintiff's Complaint for Damages.

91.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 91 of Plaintiff's Complaint for Damages.

92.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 92 of Plaintiff's Complaint for Damages.

93.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 93 of Plaintiff's Complaint for Damages.

94.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 94 of Plaintiff's Complaint for Damages.

## ADDITIONAL FABRICATED CHARGES

95.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 95 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 95 of Plaintiff's Complaint for Damages

96.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 96 of Plaintiff's Complaint for Damages.

97.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 97 of Plaintiff's Complaint for Damages.

98.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 98 of Plaintiff's Complaint for Damages.

99.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 99 of Plaintiff's Complaint for Damages.

100.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 100 of Plaintiff's Complaint for Damages.

101.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 101 of Plaintiff's Complaint for Damages.

102.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 102 of Plaintiff's Complaint for Damages.

103.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 103 of Plaintiff's Complaint for Damages.

104.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 104 of Plaintiff's Complaint for Damages.

105.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 105 of Plaintiff's Complaint for Damages.

106.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 106 of Plaintiff's Complaint for Damages.

107.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 107 of Plaintiff's Complaint for Damages.

108.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 108 of Plaintiff's Complaint for Damages.

109.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 109 of Plaintiff's Complaint for Damages.

110.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 110 of Plaintiff's Complaint for Damages.

111.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 111 of Plaintiff's Complaint for Damages.

112.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 112 of Plaintiff's Complaint for Damages.

113.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 113 of Plaintiff's Complaint for Damages.

114.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 114 of Plaintiff's Complaint for Damages.

115.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 115 of Plaintiff's Complaint for Damages.

116.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 116 of Plaintiff's Complaint for Damages.

117.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 117 of Plaintiff's Complaint for Damages.

118.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 118 of Plaintiff's Complaint for Damages.

119.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 119 of Plaintiff's Complaint for Damages.

120.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 120 of Plaintiff's Complaint for Damages.

121     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 121 of Plaintiff's Complaint for Damages.

122.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 122 of Plaintiff's Complaint for Damages.

123.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 123 of Plaintiff's Complaint for Damages.

124.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 124 of Plaintiff's Complaint for Damages.

125.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 125 of Plaintiff's Complaint for Damages.

126.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 126 of Plaintiff's Complaint for Damages.

127.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 127 of Plaintiff's Complaint for Damages.

128.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 128 of Plaintiff's Complaint for Damages.

129.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 129 of Plaintiff's Complaint for Damages.

130.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 130 of Plaintiff's Complaint for Damages.

131.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 131 of Plaintiff's Complaint for Damages.

## HENDERSON'S PROFIT MOTIVE TO CONVICT CAMM

132.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 132 of Plaintiff's Complaint for Damages.

133.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 133 of Plaintiff's Complaint for Damages.

134.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 134 of Plaintiff's Complaint for Damages.

135.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 135 of Plaintiff's Complaint for Damages.

136.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 136 of Plaintiff's Complaint for Damages.

137.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 137 of Plaintiff's Complaint for Damages.

138.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 138 of Plaintiff's Complaint for Damages.

139.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 139 of Plaintiff's Complaint for Damages.

140.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 140 of Plaintiff's Complaint for Damages.

141.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 141 of Plaintiff's Complaint for Damages.

142.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 142 of Plaintiff's Complaint for Damages.

143.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 143 of Plaintiff's Complaint for Damages.

144.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 144 of Plaintiff's Complaint for Damages.

145.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 145 of Plaintiff's Complaint for Damages.

146.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 146 of Plaintiff's Complaint for Damages.

147.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 147 of Plaintiff's Complaint for Damages.

148.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 148 of Plaintiff's Complaint for Damages.

149.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 149 of Plaintiff's Complaint for Damages.

150.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 150 of Plaintiff's Complaint for Damages.

151.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 151 of Plaintiff's Complaint for Damages.

**THE TRIALS**

152.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 152 of Plaintiff's Complaint for Damages.

153.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 153 of Plaintiff's Complaint for Damages.

154.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 154 of Plaintiff's Complaint for Damages.

155.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 155 of Plaintiff's Complaint for Damages.

156.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 156 of Plaintiff's Complaint for Damages.

157.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 157 of Plaintiff's Complaint for Damages.

158.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 158 of Plaintiff's Complaint for Damages.

159.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 159 of Plaintiff's Complaint for Damages.

160.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 160 of Plaintiff's Complaint for Damages.

Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 160 of Plaintiff's Complaint for Damages

161.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 161 of Plaintiff's Complaint for Damages.

162.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 162 of Plaintiff's Complaint for Damages.

163.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 163 of Plaintiff's Complaint for Damages.

164.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 164 of Plaintiff's Complaint for Damages.

165.    `Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 165 of Plaintiff's Complaint for Damages.

166.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 166 of Plaintiff's Complaint for Damages.

167.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 167 of Plaintiff's Complaint for Damages.

168.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 168 of Plaintiff's Complaint for Damages.

169.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 169 of Plaintiff's Complaint for Damages.

170.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 170 of Plaintiff's Complaint for Damages.

171.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 171 of Plaintiff's Complaint for Damages.

172.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 172 of Plaintiff's Complaint for Damages.

173.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 173 of Plaintiff's Complaint for Damages.

## DEFENDANTS' MISCONDUCT

174.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 174 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 174 of Plaintiff's Complaint for Damages.

175.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 175 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 175 of Plaintiff's Complaint for Damages.

176.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 176 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 176 of Plaintiff's Complaint for Damages

177.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 177 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 177 of Plaintiff's Complaint for Damages

178.    Defendant Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 178 of Plaintiff's Complaint for Damages.

## JURISDICTION AND VENUE

179.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 179 of Plaintiff's Complaint for Damages.

180.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 180 of Plaintiff's Complaint for Damages.

181.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 181 of Plaintiff's Complaint for Damages.

182.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 182 of Plaintiff's Complaint for Damages.

183.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 183 of Plaintiff's Complaint for Damages.

## THE PARTIES

184.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 184 of Plaintiff's Complaint for Damages.

185.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 185 of Plaintiff's Complaint for Damages.

186.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 186 of Plaintiff's Complaint for Damages.

187.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 187 of Plaintiff's Complaint for Damages.

188.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 188 of Plaintiff's Complaint for Damages.

189.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 189 of Plaintiff's Complaint for Damages.

190.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 190 of Plaintiff's Complaint for Damages.

191.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 191 of Plaintiff's Complaint for Damages.

192.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 192 of Plaintiff's Complaint for Damages.

193.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 193 of Plaintiff's Complaint for Damages.

194.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 194 of Plaintiff's Complaint for Damages.

195.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 195 of Plaintiff's Complaint for Damages.

196.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 196 of Plaintiff's Complaint for Damages.

197.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 197 of Plaintiff's Complaint for Damages.

198.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 198 of Plaintiff's Complaint for Damages.

199.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 199 of Plaintiff's Complaint for Damages.

200.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 200 of Plaintiff's Complaint for Damages.

201.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 201 of Plaintiff's Complaint for Damages.

202.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 202 of Plaintiff's Complaint for Damages.

203.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 203 of Plaintiff's Complaint for Damages.

204.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 204 of Plaintiff's Complaint for Damages.

205.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 205 of Plaintiff's Complaint for Damages.

206.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 206 of Plaintiff's Complaint for Damages.

**FACTS**

207.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 207 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 207 of Plaintiff's Complaint for Damages

208.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 208 of Plaintiff's Complaint for Damages.

209.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 209 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 209 of Plaintiff's Complaint for Damages.

**EXCULPATORY EVIDENCE MOUNTS BUT THE PROSECUTION CONTINUES IN THE ABSENCE OF PROBABLE CAUSE**

210.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 210 of Plaintiff's Complaint for Damages.

211.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 211 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 211 of Plaintiff's Complaint for Damages

212.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 212 of Plaintiff's Complaint for Damages.

213.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 213 of Plaintiff's Complaint for Damages.

214.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 214 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 214 of Plaintiff's Complaint for Damages.

215.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 215 of Plaintiff's Complaint for Damages.

216.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 216 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 216 of Plaintiff's Complaint for Damages.

217.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 217 of Plaintiff's Complaint for Damages.

218.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 218 of Plaintiff's Complaint for Damages.

219.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 219 of Plaintiff's Complaint for Damages.

220.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 220 of Plaintiff's Complaint for Damages.

221.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 221 of Plaintiff's Complaint for Damages.

222.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 222 of Plaintiff's Complaint for Damages.

223.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 223 of Plaintiff's Complaint for Damages.

### UNCONSTITUTIONAL POLICIES AND CUSTOMS OF FAITH'S OFFICE, HENDERSON'S OFFICE AND FLOYD COUNTY, INDIANA

224.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 224 of Plaintiff's Complaint for Damages.

225.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 225 of Plaintiff's Complaint for Damages.

226.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 226 of Plaintiff's Complaint for Damages.

227.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 227 of Plaintiff's Complaint for Damages.

228.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 228 of Plaintiff's Complaint for Damages.

229.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 229 of Plaintiff's Complaint for Damages.

**CUSTOMS AND PRACTICE OF SUPPRESSING EXCULPATORY AND IMPEACHMENT INFORMATION, AND SYSTEMATIC FAILURE TO TRAIN, SUPERVISE AND DISCIPLINE INVESTIGATORS IN CARRYING OUT THEIR DUTIES.**

230.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 230 of Plaintiff's Complaint for Damages.

231.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 231 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 231 of Plaintiff's Complaint for Damages.

232.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 232 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or

information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 232 of Plaintiff's Complaint for Damages.

233.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the allegations made against them in rhetorical paragraph 233 of Plaintiff's Complaint for Damages. Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the remaining material allegations contained in rhetorical paragraph 233 of Plaintiff's Complaint for Damages.

234.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 234 of Plaintiff's Complaint for Damages.

## DAMAGES

235.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 235 of Plaintiff's Complaint for Damages.

236.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 236 of Plaintiff's Complaint for Damages.

237.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 237 of Plaintiff's Complaint for Damages.

238.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 239 of Plaintiff's Complaint for Damages.

239.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 240 of Plaintiff's Complaint for Damages.

240.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 241 of Plaintiff's Complaint for Damages.

## FEDERAL CONTITUTIONAL CLAIMS

### COUNT I

### 42 U.S.C. §1983 CLAIM FOR MALICIOUS PROSECUTION IN VIOLATION OF THE 4TH AND 14TH AMENDMENTS.

241.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate by reference all answers contained in paragraphs 1 through 240 of Defendant's Answer.

242.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 242 of Plaintiff's Complaint for Damages.

243.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 243 of Plaintiff's Complaint for Damages.

244.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 244 of Plaintiff's Complaint for Damages.

245.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 245 of Plaintiff's Complaint for Damages.

246.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 246 of Plaintiff's Complaint for Damages.

247.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 247 of Plaintiff's Complaint for Damages.

248.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 248 of Plaintiff's Complaint for Damages.

249.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 249 of Plaintiff's Complaint for Damages.

250.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 250 of Plaintiff's Complaint for Damages.

251.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 251 of Plaintiff's Complaint for Damages.

252.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 252 of Plaintiff's Complaint for Damages.


**COUNT II**

**42 U.S.C. §1983 CLAIM FOR DEPRIVATION OF LIBERTY BY FABRICATING FALSE INCULPATORY EVIDENCE, WTIHOUTDUEPROCESS OF LAW AND DENIAL OFAFAIRTRIAL WITHHOLDING MATERIAL EXCULPATORY AND IMPEACHMENT EVIDENCE, AND FAILING TO INVESTIGATE, IN VIOLATION OF THE 14TH AMENDMENT OF THE US CONSTITUTION**

253.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate by reference all answers contained in paragraphs 1 through 252 of Defendant's Answer.

254.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 254 of Plaintiff's Complaint for Damages.

255.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 255 of Plaintiff's Complaint for Damages.

256.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 256 of Plaintiff's Complaint for Damages.

257.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 257 of Plaintiff's Complaint for Damages.

258.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 258 of Plaintiff's Complaint for Damages.

259.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 259 of Plaintiff's Complaint for Damages.

260.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 260 of Plaintiff's Complaint for Damages.

261.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 261 of Plaintiff's Complaint for Damages.

262.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 262 of Plaintiff's Complaint for Damages.

263.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 263 of Plaintiff's Complaint for Damages.

264.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 264 of Plaintiff's Complaint for Damages.

265.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 265 of Plaintiff's Complaint for Damages.

266.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 266 of Plaintiff's Complaint for Damages.

267.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 267 of Plaintiff's Complaint for Damages.

268.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the

material allegations contained in rhetorical paragraph 268 of Plaintiff's Complaint for Damages.


## COUNT III

**42 U.S.C. § 1983 CLAIM FOR ENGAGING IN CONDUCT
THAT SHOCKS THE CONSCIENCE
VIOLATION OF THE 14th AMENDMENT'S
GUARANTEE OF SUBSTANTIVE DUE PROCESS OF LAW**

269.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate

by reference all answers contained in paragraphs 1 through 269 of Defendant's Answer.

270.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the

material allegations contained in rhetorical paragraph 270 of Plaintiff's Complaint for Damages.

271.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the

material allegations contained in rhetorical paragraph 271 of Plaintiff's Complaint for Damages.

272.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the

material allegations contained in rhetorical paragraph 272 of Plaintiff's Complaint for Damages.

273.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the

material allegations contained in rhetorical paragraph 273 of Plaintiff's Complaint for Damages.


## COUNT IV

**42 U.S.C. § 1983 CLAIM FOR SUPERVISORY LIABILITY
AGAINST NAMED AND UNNAMED SUPERVISORS**

274.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate

by reference all answers contained in paragraphs 1 through 273 of Defendant's Answer.

275.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 275 of Plaintiff's Complaint for Damages.

276.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 276 of Plaintiff's Complaint for Damages.

277.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 277 of Plaintiff's Complaint for Damages.

278.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 278 of Plaintiff's Complaint for Damages.

279.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 279 of Plaintiff's Complaint for Damages.

280.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 280 of Plaintiff's Complaint for Damages.

281.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 281 of Plaintiff's Complaint for Damages.


### COUNT V

**42 U.S.C. § 1983 CIVIL RIGHTS CONSPIRACY CLAIM**
**AGAINST ALL NAMED AND UNNAMED**
**INDIVIDUAL DEFENDANTS**

282.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate by reference all answers contained in paragraphs 1 through 281 of Defendant's Answer.

283.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 283 of Plaintiff's Complaint for Damages.

284.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 284 of Plaintiff's Complaint for Damages.

285.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 285 of Plaintiff's Complaint for Damages.


**COUNT VI**

**42 U.S.C. § 1983 MONELL CLAIM**
**AGAINST FLOYD COUNTY FOR**
**UNCONSTITUTIONAL CUSTOMS AND**
**PERVASIVE FAILURES TO TRAIN, SUPERVISE AND DISCIPLINE**

286.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate by reference all answers contained in paragraphs 1 through 285 of Defendant's Answer.

287.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 287 of Plaintiff's Complaint for Damages.

288.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 288 of Plaintiff's Complaint for Damages.

289.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 289 of Plaintiff's Complaint for Damages.

290.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 290 of Plaintiff's Complaint for Damages.

291.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 291 of Plaintiff's Complaint for Damages.

292.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 292 of Plaintiff's Complaint for Damages.

293.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 293 of Plaintiff's Complaint for Damages.

294.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 294 of Plaintiff's Complaint for Damages.

295.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 295 of Plaintiff's Complaint for Damages.

## COUNT VII

## INTENTIONAL OR RECKLESS INFLICTION OF EMOTIONAL DISTRESS AGAINST ALL INDIVIDUAL DEFENDANTS

296.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate by reference all answers contained in paragraphs 1 through 295 of Defendant's Answer.

297.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 297 of Plaintiff's Complaint for Damages.

298.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 298 of Plaintiff's Complaint for Damages.

299.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 299 of Plaintiff's Complaint for Damages.

## COUNT VIII

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS AGAINST ALL DEFENDANTS

300.     Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate by reference all answers contained in paragraphs 1 through 300 of Defendant's Answer.

301.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 301 of Plaintiff's Complaint for Damages.

302.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 302 of Plaintiff's Complaint for Damages.

303.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 303 of Plaintiff's Complaint for Damages.

## COUNT IX

## NEGLIGENT SUPERVISION

304.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate by reference all answers contained in paragraphs 1 through 303 of Defendant's Answer.

305.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 305 of Plaintiff's Complaint for Damages.

306.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 306 of Plaintiff's Complaint for Damages.

307.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, are without knowledge or information sufficient to admit or deny the material allegations contained in rhetorical paragraph 307 of Plaintiff's Complaint for Damages.

308.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 308 of Plaintiff's Complaint for Damages.

309.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 309 of Plaintiff's Complaint for Damages.

## COUNT X

## RESPONDEANT SUPERIOR

310.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, incorporate by reference all answers contained in paragraphs 1 through 309 of Defendant's Answer.

311.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 311 of Plaintiff's Complaint for Damages.

312.    Defendants Rodney Englert and Englert Forensic Consultants, LLC, deny the material allegations contained in rhetorical paragraph 312 of Plaintiff's Complaint for Damages.

WHEREFORE, Defendants Rodney Englert and Englert Forensic Consultants, LLC, by counsel, pray that the Plaintiff takes nothing by way of his Complaint for Damages, for costs of this action, and for all other just and proper relief in the premises.


Respectfully submitted,


*/s/ Christopher D. Cody*
Christopher D. Cody, Atty. No.: 24127-32
Hume Smith Geddes Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
PH:  317/632-4402     FAX: 317/632-5595
ccody@humesmith.com

*Attorney for Defendants, Rodney Englert and Englert Forensic Consultants, LLC*

## AFFIRMATIVE DEFENSES

1.      Plaintiff failed to state a claim on which relief can be granted.

2.      This Court lacks personal and subject matter jurisdiction for these Defendants.

3.      Defendant is entitled to qualified immunity.

4.      Defendant is entitled to absolute immunity, including but not limited to witness and prosecutorial immunity.

5.      Plaintiff's claims violate the statue of limitations and are barred by the doctrine of laches

6.      Plaintiff's damages, if any, were caused, in whole or in part, by the Plaintiff's own actions.  Plaintiff's damages and recovery should be reduced or barred pursuant to the terms of the Indiana Comparative Fault Act.

7.      Plaintiff is not entitled to punitive damages and any award would be unconstitutional.

8.      To the extent Plaintiff's claims are based on respondent superior, this claim is not a basis for reward under § 1983.

9.      Plaintiff's damages were caused in whole or in part by the non-party Charles Boney.

10.     Plaintiff's claims are barred by the Rooker-Feldman doctrine.

11.     Defendant reserves the right to add additional affirmative defenses as they are discovered.

Respectfully submitted,


*/s/ Christopher D. Cody*
Christopher D. Cody, Atty. No.: 24127-32
Hume Smith Geddes Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana  46204
PH:  317/632-4402     FAX: 317/632-5595
ccody@humesmith.com

*Attorney for Defendants, Rodney Englert and*
*Englert Forensic Consultants, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on 14th day of January, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gary R. Adams
Daniel J. Canon
Gary Daniel Walton & Adams, PLC
462 South Fourth Street
Suite 101
Louisville, KY 40202
garry@justiceky.com
dan@justiceky.com
*Attorney for Plaintiff*

R. Jeffery Lowe
Kightlinger & Gray, LLP
Bonterra Building
3620 Blackiston Blvd
Suite 200
New Albany, IN 47150
jlowe@k-glaw.com
*Attorney(s) for Jacqueline Vaught,*
*Anthony Toran, Mark Henderson,*
*Emily Fessel Miller, Barry*
*Wayne Kessinger, Floyd County, Indiana*

Caryn M. Nieman
David A. Arthur
Office of the Attorney General
302 West Washington Street
IGCS-5[th] Floor
Indianapolis, IN 46204
Caryn.nieman@atg.in.gov
David.Arthur@atg.in.gov
*Attorney(s) for Stanley Faith,*
*Sean Clemons, Sam Sarkisian,*
*James Niemeyer, William L. Walls*
*Robert Neal, James Biddle, James*
*Hickerson, Gary Gilbert, Steven Owen*
*Keith Henderson*

Christopher H. Weintraut
Mario Garcia
BRATTAIN & MINNIX
151 North Delaware Street
Suite 760
Indianapolis, IN 46204
cweintraut@brattainminnix.com
mgarcia@brattainminnix.com
*Attorney(s) for Robert Stites*

/s/ Christopher D. Cody
Christopher D. Cody