3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

| | |
|---|---|
| STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL | Invoice Number: 104220 |
| ATTN: David A. Arthur | Invoice Date: 04/12/2017 |
| 302 West Washington Street | |
| IGCS 5th Floor | Client Phone: 317-232-6286 |
| Indianapolis, IN 46204 | |

In RE: 4:14-CV-123-TWP-DML David Camm v. Stanley O. Faith, et al.
Witness(s): Stephen M. Black 9:00 and James Biddle 1:00 or immediately thereafter
Attendance Date: 04/05/2017, 9:00am
Reporter: Angela Galipeau

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 93 | Certified Transcript (Full size) Stephen Black | 2.15 | 199.95 |
| 59 | Certified Transcript (Full size) James Biddle | 2.15 | 126.85 |
| 1 | Postage & Handling | 12.00 | 12.00 |
| | Invoice Total: | | 338.80 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

Legalese Reporters, LLP
719 Shiloh Rd SE
Corydon IN  47112



Tax ID# 46-1486865

OFFICE OF THE ATTORNEY GENERAL
David Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis IN  46204-2770

| Invoice # | 2601 |
|---|---|
| Invoice Date | October 22, 2015 |
| **Balance Due (USD)** | **$1,611.50** |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| One Copy | Deposition of David Camm Vol. I - Oct 5th | 2.50 | 270 | 675.00 |
| One Copy | Deposition of David Camm Vol. II - Oct 6th | 2.50 | 339 | 847.50 |
| Exhibits - B/W | | 0.30 | 230 | 69.00 |
| Postage/Delivery | | 20.00 | 1 | 20.00 |

| | |
|---|---|
| **Total** | **1,611.50** |
| Amount Paid | 0.00 |
| **Balance Due (USD)** | **$1,611.50** |

**Terms**
Due within 30 days of invoice date. After 30 days, a late fee of 1.5% of the invoice value will be added. On-time payments are greatly appreciated.

Thank you for your business,
Marcee O. LaHue
812-736-9389

**Notes**
CASE: Camm v. Floyd County, Indiana et al.
COURT: US District Court
CASE NO: 4:14-CV-00123-SEB-WGH
DATE TAKEN: October 5th and 6th, 2015
TAKING ATTORNEY: Jeffrey Lowe
REPORTER: Marcee O. LaHue

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376



MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES



# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN 46204

Invoice Number: 102868
Invoice Date: 09/22/2015

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Sean Clemons
Attendance Date: 09/09/2015, 10:00am
Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 203 | Certified Transcript (Reg) KY | 2.15 | 436.45 |
| 13 | Exhibits (Printed) | 0.50 | 6.50 |

Invoice Total: 452.95

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

GOODS OR SERVICES RECEIVED DATE 9/22/15
INVOICE RECEIVED DATE 9/22/15
APPROVAL BY _____ DATE 9/22/15
TORT _____ NON TORT _____
AGENCY _____

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN 46204

Invoice Number: 103153
Invoice Date: 01/13/2016

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Rod Englert
Attendance Date: 01/05/2016, 10:00am
Reporter: Gina Pintozzi

| Qty Description | Rate | Ext |
|---|---|---|
| 357 Certified Transcript (Reg) KY | 2.15 | 767.55 |
| 161 Exhibits (Printed) | 0.50 | 80.50 |
| Invoice Total: | | 848.05 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

GOODS OR SERVICES  DA   RECEIVED DATE 1/19/16
INVOICE              BLM RECEIVED DATE 1/19/16
APPROVAL BY _____ DATE _____
TORT _____ NON TORT _____
AGENCY  State Police; Prosecutors

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376

## MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES



# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN 46204

Invoice Number: 103317
Invoice Date: 03/23/2016

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Stan Faith
Attendance Date: 03/09/2016, 10:00am
Reporter: Lisa Migliore Black

| Qty Description | Rate | Ext |
|---|---:|---:|
| 1 Postage & Handling | 10.00 | 10.00 |
| 280 Certified Transcript (Reg) KY | 2.15 | 602.00 |
| 53 Exhibits (Printed) | 0.50 | 26.50 |
| Invoice Total: | | 638.50 |

We Appreciate Your Business

To pay online via Paypal: paypal.me/MiglioreAssociates

Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

GOODS OR SERVICES ☒ RECEIVED DATE 3/23/16
INVOICE  BLM  RECEIVED DATE 3/23/16
APPROVAL BY _____ DATE _____
TORT _____ NON TORT _____
AGENCY Pros. Atty; State Police

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376




# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN  46204

Invoice Number: 104216
Invoice Date: 04/12/2017

Client Phone: 317-232-6286

In RE: 4:14-CV-123-TWP-DML David Camm v. Stanley O. Faith, et al.
Witness(s): Darrell Gibson
Attendance Date: 04/03/2017, 10:00am
Reporter: Angela Galipeau

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 87 | Certified Transcript (Full size) | 2.15 | 187.05 |
| 1 | Postage & Handling | 12.00 | 12.00 |

Invoice Total: 199.05

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN  46204

| | |
|---|---|
| Invoice Number: | 102926 |
| Invoice Date: | 10/12/2015 |
| Client Phone: | 317-232-6286 |

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Gary Gilbert
Attendance Date: 10/01/2015, 2:00pm
Reporter: Gina Pintozzi

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 152 | Certified Transcript (Reg) KY | 2.15 | 326.80 |
| 25 | Exhibits (Printed) | 0.50 | 12.50 |
| | Invoice Total: | | 349.30 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN  46204

| | |
|---|---|
| Invoice Number: | 103013 |
| Invoice Date: | 11/06/2015 |
| Client Phone: | 317-232-6286 |

In RE:   4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Gary Gilbert
Attendance Date: 10/27/2015, 10:00am
Reporter: Gina Pintozzi

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 218 | Certified Transcript (Reg) KY | 2.15 | 468.70 |
| 6 | Exhibits (Printed) | 0.50 | 3.00 |
| | Invoice Total: | | 481.70 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376



# MIGLIORE ASSOCIATES
### COURT REPORTING AND VIDEO SERVICES



# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN 46204

Invoice Number: 104083
Invoice Date: 02/08/2017

Client Phone: 317-232-6286

In RE: 4:14-CV-123-TWP-DML David Camm v. Stanley O. Faith, et al.
Witness(s): Robert Neal 10:00 and James Hickerson 1:00 or immediately thereafter
Attendance Date: 02/01/2017, 10:00am
Reporter: Angela Galipeau

| Qty Description | Rate | Ext |
|---|---|---|
| 21 Certified Transcript (Full size)<br>James Hickerson | 2.15 | 45.15 |
| 146 Certified Transcript (Full size)<br>Robert Neal | 2.15 | 313.90 |
| 2 Exhibits (Printed) | 0.50 | 1.00 |
| 1 Postage & Handling | 12.00 | 12.00 |
| | Invoice Total: | 372.05 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

GOODS OR SERVICES  RECEIVED DATE 02/01/2017
INVOICE  *BM*  RECEIVED DATE 2/10/17
APPROVAL BY_____ DATE_____
TORT_____ NON TORT_____
AGENCY JUDICIARY

14-1042
DAM N6A

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN  46204

Invoice Number: 103204
Invoice Date: 02/08/2016

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Keith Henderson
Attendance Date: 01/26/2016, 10:00am
Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 274 | Certified Transcript (Reg) KY | 2.15 | 589.10 |
| 59 | Exhibits (Printed) | 0.50 | 29.50 |

Invoice Total: 628.60

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376



# MIGLIORE ASSOCIATES
## COURT REPORTING AND VIDEO SERVICES



# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN 46204

Invoice Number: 103446
Invoice Date: 05/09/2016

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Wayne Kessinger
Attendance Date: 04/19/2016, 10:00am
Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 176 | Certified Transcript (Reg) KY | 2.15 | 378.40 |
| 14 | Exhibits (Printed) | 0.50 | 7.00 |
| | Invoice Total: | | 395.40 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

GOODS OR SERVICES         RECEIVED DATE _____
INVOICE          BcM      RECEIVED DATE 5/12/16
APPROVAL BY _____ DATE _____
TORT _____ NON TORT _____
AGENCY ___ ISP

14-10842
DAA CMN

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN  46204

Invoice Number: 103414
Invoice Date: 04/30/2016

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Emily Fessel Miller 10:00 an Mark Henderson 2:00
Attendance Date: 04/18/2016, 10:00am

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 62 | Certified Transcript (Reg) KY Mark Henderson | 2.15 | 133.30 |
| 4 | Exhibits (Printed) | 0.50 | 2.00 |
| 78 | Certified Transcript (Reg) KY--Emily Fessel Miller | 2.15 | 167.70 |
| 69 | Exhibits (Printed) | 0.50 | 34.50 |

Invoice Total: 347.50

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN  46204

| | |
|---|---|
| Invoice Number: | 102893 |
| Invoice Date: | 09/29/2015 |
| Client Phone: | 317-232-6286 |

In RE:   4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Michael McDaniel
Attendance Date: 09/21/2015, 10:00am
Reporter: Gina Pintozzi

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 99 | Certified Transcript (Reg) KY | 2.15 | 212.85 |
| 6 | Exhibits (Printed) | 0.50 | 3.00 |
| | Invoice Total: | | 225.85 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN 46204

| | |
|---|---|
| Invoice Number: | 102805 |
| Invoice Date: | 08/28/2015 |
| Client Phone: | 317-232-6286 |

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
James Niemeyer
Attendance Date: 08/14/2015, 10:00am
Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 190 | Certified Transcript (Reg) KY | 2.15 | 408.50 |
| 34 | Exhibits (Printed) | 0.50 | 17.00 |
| | Invoice Total: | | 435.50 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376



# MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES



# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN 46204

Invoice Number: 103325
Invoice Date: 03/25/2016

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Steve Owen
Attendance Date: 03/11/2016, 10:00am
Reporter: Lisa Migliore Black

| Qty Description | Rate | Ext |
|---|---:|---:|
| 1 Postage & Handling | 10.00 | 10.00 |
| 182 Certified Transcript (Reg) KY | 2.15 | 391.30 |
| 14 Exhibits (Printed) | 0.50 | 7.00 |
| | Invoice Total: | 408.30 |

We Appreciate Your Business

To pay online via Paypal: paypal.me/MiglioreAssociates

Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

GOODS OR SERVICES          RECEIVED DATE _____
INVOICE                  BcM RECEIVED DATE 4/1/16
APPROVAL BY_____ DATE_____
TORT_____ NON TORT_____
AGENCY_____

14-1084

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376




# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN  46204

Invoice Number: 103169
Invoice Date: 01/21/2016

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Sgt. Sam Sarkisian
Attendance Date: 01/12/2016, 10:00am
Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 138 | Certified Transcript (Reg) KY | 2.15 | 296.70 |
| 82 | Exhibits (Printed) | 0.50 | 41.00 |

Invoice Total: 347.70

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.



# SYNERGY
## LEGAL

# Invoice

| Date | | Invoice # |
|------|---|-----------|
| 6/17/2015 | | 3411 |

| Bill To | Ship To |
|---------|---------|
| STATE OF INDIANA<br>Office of Attorney General/David Arthur<br>302 W Washington Street, IGCS 5th Floor<br>Indianapolis, Indiana 46204-2770 | |

| Terms | Due Date | | SL Job # |
|-------|----------|---|----------|
| Due on receipt | 6/17/2015 | Camm v Faith et al | 15-241 |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 233 | Transcript Copy Page | The Deposition of Robert Stites taken 06/05/2015 | 1.95 | 454.35 |
| 1 | E-TRAN | | 15.00 | 15.00 |
| 1 | Condensed Transcript | *Complimentary* | 0.00 | 0.00 |
| 43 | Word Index | | 1.95 | 83.85 |
| 69 | B&W Copy | Exhibits | 0.35 | 24.15 |
| 1 | S&H | | 15.50 | 15.50 |

GOODS OR SERVICES ___ RECEIVED DATE 6/22/15
INVOICE ___ RECEIVED DATE 6/22/15
APPROVAL BY___ DATE___
TORT___ NON TORT___
AGENCY State Police; Prosecutor

Thank you for choosing Synergy Legal!

**Total** $592.85

*Any invoice not paid within 30 days of billing is subject to a finance charge of 1 1/2% per month,
SYNERGY LEGAL INC.: 27-0454157

We now accept VISA, MASTERCARD & AMERICAN EXPRESS

**P** 503.808.1010  **F** 503.808.1020  **E** schedule@synergy-legal.com
1235 SE Morrison Street, 2nd Floor | Portland, OR 97214 | www.synergy-legal.com

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376



# MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES



ETHICS FIRST

# INVOICE

STATE OF INDIANA, OFFICE OF THE ATTORNEY GENERAL
ATTN: David A. Arthur
302 West Washington Street
IGCS 5th Floor
Indianapolis, IN 46204

Invoice Number: 103397
Invoice Date: 04/25/2016

Client Phone: 317-232-6286

In RE: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Tony Toran 10:00 a.m. and Jacque Vaught 2:00 p.m.
Attendance Date: 04/12/2016, 10:00am
Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---:|---:|
| 1 | Postage & Handling | 10.00 | 10.00 |
| 101 | Certified Transcript (Reg) KY--Jacque aught | 2.15 | 217.15 |
| 73 | Certified Transcript (Reg) KY--Tony Toran | 2.15 | 156.95 |
| 40 | Exhibits (Printed) | 0.50 | 20.00 |
| | | Invoice Total: | 404.10 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
18.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.