| Date | | Invoice # |
|---|---|---|
| 6/22/2015 | **Invoice** | 3430 |

| Bill To | Ship To |
|---|---|
| BRATTAIN MINNIX GARCIA<br>Mario Garcia<br>151 N Delaware Street, Suite 760<br>Indianapolis, IN 46204 | |

| Terms | Due Date | | SL Job # |
|---|---|---|---|
| Due on receipt | 6/22/2015 | Camm v Faith et al | 15-241 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 5.25 | VIDEO CONFERENCE | The Deposition of Robert Stites taken 06/25/2015 via video conference attendance<br>Pass-through invoice from OTLA #51784 | 95.00 | 498.75 |

Thank you for choosing Synergy Legal!

**Total** $498.75

*Any invoice not paid within 30 days of billing is subject to a finance charge of 1 1/2% per month,
SYNERGY LEGAL INC.: 27-0454157

We now accept VISA, MASTERCARD & AMERICAN EXPRESS


EXHIBIT A

Legalese Reporters, LLP
719 Shiloh Rd SE
Corydon IN 47112




Legalese Reporters, LLP
Professional Court Reporting Services

Tax ID# 46-1486865

BRATTAIN MINNIX GARCIA
Mario Garcia
151 North Delaware Street
#760
Indianapolis IN 46204

| Invoice # | 2603 |
| Invoice Date | October 22, 2015 |
| **Balance Due (USD)** | **$0.00** |

| Item | Description | Unit Cost | Quantity | Line Total |
| --- | --- | --- | --- | --- |
| One Copy | Deposition of David Camm Vol I - Oct. 5th | 2.50 | 270 | 675.00 |
| One Copy | Deposition of David Camm Vol II - Oct. 6th | 2.50 | 339 | 847.50 |
| Exhibits - B/W | Scanned PDFs | 0.10 | 230 | 23.00 |

| | |
| --- | --- |
| Total | 1,545.50 |
| Amount Paid | -1,545.50 |
| **Balance Due (USD)** | **$0.00** |

**Terms**
Due within 30 days of invoice date. After 30 days, a late fee of 1.5% of the invoice value will be added. On-time payments are greatly appreciated.

Thank you for your business,
Marcee O. LaHue
812-736-9389

**Notes**
CASE: Camm v. Floyd County, Indiana et al.
COURT: US District Court
CASE NO: 4:14-CV-00123-SEB-WGH
DATE TAKEN: October 5th and 6th, 2015
TAKING ATTORNEY: Jeffrey Lowe
REPORTER: Marcee O. LaHue

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN  46204

**Invoice Number:** **102871**
Invoice Date:   09/22/2015

Client Phone: 317-2311-750

In Re:  4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Sean Clemons
Attendance Date: 09/09/2015, 10:00am
Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---:|---:|
| 203 | Certified Transcript (Electronic) Sean Clemons | 2.00 | 406.00 |
| 13 | Exhibits (Electronic) | 0.35 | 4.55 |
| 190 | Certified Transcript (Electronic) KY--James Niemeyer | 2.00 | 380.00 |
| 34 | Exhibits (Electronic) | 0.35 | 11.90 |

|  |  |
|---:|---:|
| Invoice Total: | 802.45 |
| Payments: | 802.45 |
| Total Amount Due: | 0.00 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN 46204

**Invoice Number:** **102896**
Invoice Date: 09/29/2015

Client Phone: 317-2311-750

In Re: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Michael McDaniel
Attendance Date: 09/21/2015, 10:00am
Reporter: Gina Pintozzi

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 99 | Certified Transcript (Electronic) KY | 2.00 | 198.00 |
| 6 | Exhibits (Electronic) | 0.35 | 2.10 |

Invoice Total: 200.10
Payments: 200.10

Total Amount Due: 0.00

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN 46204

**Invoice Number:** **102929**
Invoice Date: 10/12/2015

Client Phone: 317-2311-750

In Re: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Gary Gilbert
Attendance Date: 10/01/2015, 2:00pm
Reporter: Gina Pintozzi

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 152 | Certified Transcript (Electronic) KY | 2.00 | 304.00 |
| 25 | Exhibits (Electronic) | 0.35 | 8.75 |

Invoice Total: 312.75
Payments: 312.75

Total Amount Due: 0.00

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN 46204

**Invoice Number:** 103015
Invoice Date: 11/06/2015

Client Phone: 317-2311-750

In Re: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
 Witness(s): Gary Gilbert
 Attendance Date: 10/27/2015, 10:00am
 Reporter: Gina Pintozzi

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 218 | Certified Transcript (Electronic) KY | 2.00 | 436.00 |
| 6 | Exhibits (Electronic) | 0.35 | 2.10 |

|  | Invoice Total: | 438.10 |
|---|---|---|
|  | Payments: | 438.10 |
|  | Total Amount Due: | 0.00 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376


MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES


ETHICS FIRST FIRM

# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN  46204

**Invoice Number:** 103151
Invoice Date: 01/13/2016

Client Phone: 317-2311-750

In Re:  4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
        Witness(s): Rod Englert
        Attendance Date: 01/05/2016, 10:00am
        Reporter: Gina Pintozzi

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 357 | Certified Transcript (Electronic) KY | 2.00 | 714.00 |
| 161 | Exhibits (Electronic) | 0.35 | 56.35 |

|  |  |
|---|---|
| Invoice Total: | 770.35 |
| Payments: | 770.35 |
| Total Amount Due: | 0.00 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN  46204

**Invoice Number:** **103172**
Invoice Date: 01/21/2016

Client Phone: 317-2311-750

In Re:  4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
       Witness(s): Sgt. Sam Sarkisian
       Attendance Date: 01/12/2016, 10:00am
       Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 138 | Certified Transcript (Electronic) KY | 2.00 | 276.00 |
| 82 | Exhibits (Electronic) | 0.35 | 28.70 |

Invoice Total: 304.70
Payments: 304.70

Total Amount Due: 0.00

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376


MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES


ETHICS FIRST FIRM

# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN 46204

**Invoice Number:** **103207**
Invoice Date: 02/08/2016

Client Phone: 317-2311-750

In Re: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
      Witness(s): Keith Henderson
      Attendance Date: 01/26/2016, 10:00am
      Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 274 | Certified Transcript (Electronic) KY | 2.00 | 548.00 |
| 59 | Exhibits (Electronic) | 0.35 | 20.65 |

                        Invoice Total: 568.65
                             Payments: 568.65

                    Total Amount Due: 0.00

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Mario Garcia
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN  46204

**Invoice Number:** 103320
Invoice Date: 03/23/2016

Client Phone: 317-2311-750

In Re:   4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
       Witness(s): Stan Faith
       Attendance Date: 03/09/2016, 10:00am
       Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 280 | Certified Transcript (Electronic) KY | 2.00 | 560.00 |
| 53 | Exhibits (Electronic) | 0.35 | 18.55 |

|  | Invoice Total: | 578.55 |
|---|---|---|
|  | Payments: | 578.55 |
|  | Total Amount Due: | 0.00 |

> We Appreciate Your Business
> Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Mario Garcia
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN 46204

Invoice Number: 103328
Invoice Date: 03/25/2016

Client Phone: 317-2311-750

In Re: 4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
   Witness(s): Steve Owen
   Attendance Date: 03/11/2016, 10:00am
   Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 182 | Certified Transcript (Electronic) KY | 2.00 | 364.00 |
| 14 | Exhibits (Electronic) | 0.35 | 4.90 |

|  |  |
|---|---|
| Invoice Total: | 368.90 |
| Payments: | 368.90 |
| Total Amount Due: | 0.00 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN  46204

**Invoice Number:** 103400
Invoice Date:  04/25/2016

Client Phone: 317-2311-750

In Re:  4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
Witness(s): Tony Toran 10:00 a.m. and Jacque Vaught 2:00 p.m.
Attendance Date: 04/12/2016, 10:00am
Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 101 | Certified Transcript (Electronic) KY Jacque Vaught | 2.00 | 202.00 |
| 73 | Certified Transcript (Electronic) KY--Tony Tora | 2.00 | 146.00 |
| 40 | Exhibits (Electronic) | 0.35 | 14.00 |

Invoice Total:  362.00
Payments:  362.00

Total Amount Due:  0.00

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Christopher Weintraut
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN  46204

**Invoice Number:** 103417
Invoice Date:   04/30/2016

Client Phone: 317-2311-750

In Re:   4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
        Witness(s): Emily Fessel Miller 10:00 an Mark Henderson 2:00
        Attendance Date: 04/18/2016, 10:00am

| Qty | Description | Rate | Ext |
|---|---|---:|---:|
| 62 | Certified Transcript (Electronic) KY Mark Henderson | 2.00 | 124.00 |
| 4 | Exhibits (Electronic) | 0.35 | 1.40 |
| 78 | Certified Transcript (Electronic) KY--Emily Fessel Miller | 2.00 | 156.00 |
| 69 | Exhibits (Electronic) | 0.35 | 24.15 |
| | Invoice Total: | | 305.55 |
| | Payments: | | 305.55 |
| | Total Amount Due: | | 0.00 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376





# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Mario Garcia
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN  46204

**Invoice Number:** 103449
Invoice Date: 05/09/2016

Client Phone: 317-2311-750

In Re:   4:14-CV-123-SEB-WGH, David Camm v. Stanley O. Faith, et al.
         Witness(s): Wayne Kessinger
         Attendance Date: 04/19/2016, 10:00am
         Reporter: Lisa Migliore Black

| Qty | Description | Rate | Ext |
|---|---|---:|---:|
| 176 | Certified Transcript (Electronic) KY | 2.00 | 352.00 |
| 14 | Exhibits (Electronic) | 0.35 | 4.90 |

|  | | |
|---|---:|---:|
| | Invoice Total: | 356.90 |
| | Payments: | 356.90 |
| | Total Amount Due: | 0.00 |

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376


MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES



# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Mario Garcia
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN 46204

Invoice Number: 104085
Invoice Date: 02/08/2017

Client Phone: 317-2311-750

In Re: 4:14-CV-123-TWP-DML David Camm v. Stanley O. Faith, et al.
Witness(s): Robert Neal 10:00 and James Hickerson 1:00 or immediately thereafter
Attendance Date: 02/01/2017, 10:00am
Reporter: Angela Galipeau

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 21 | Certified Transcript (Electronic)<br>James Hickerson | 2.00 | 42.00 |
| 146 | Certified Transcript (Electronic)<br>Robert Neal | 2.00 | 292.00 |
| 2 | Exhibits (Electronic) | 0.35 | 0.70 |

Invoice Total: 334.70
Payments: 334.70

Total Amount Due: 0.00

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376


MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES



# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Mario Garcia
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN 46204

**Invoice Number:** **104218**
Invoice Date: 04/12/2017

Client Phone: 317-2311-750

In Re: 4:14-CV-123-TWP-DML David Camm v. Stanley O. Faith, et al.
Witness(s): Darrell Gibson
Attendance Date: 04/03/2017, 10:00am
Reporter: Angela Galipeau

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 87 | Certified Transcript (Electronic) | 2.00 | 174.00 |

Invoice Total: 174.00
Payments: 174.00

Total Amount Due: 0.00

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.

3704 Wooded Springs Court
Louisville, KY 40245
TID: 52-2307966
(866) 459-3376


MIGLIORE ASSOCIATES
COURT REPORTING AND VIDEO SERVICES



# INVOICE

BRATTAIN MINNIX GARCIA
ATTN: Mario Garcia
Market Square Center, Suite 760
151 North Delaware Street
Indianapolis, IN 46204

**Invoice Number:** **104222**
Invoice Date: 04/12/2017

Client Phone: 317-2311-750

In Re: 4:14-CV-123-TWP-DML David Camm v. Stanley O. Faith, et al.
Witness(s): Stephen M. Black 9:00 and James Biddle 1:00 or immediately thereafter
Attendance Date: 04/05/2017, 9:00am
Reporter: Angela Galipeau

| Qty | Description | Rate | Ext |
|---|---|---|---|
| 93 | Certified Transcript (Electronic)<br>Stephen Black | 2.00 | 186.00 |
| 59 | Certified Transcript (Electronic)<br>James Biddle | 2.00 | 118.00 |

Invoice Total: 304.00
Payments: 304.00

Total Amount Due: 0.00

We Appreciate Your Business
Download a W-9 at http://www.miglioreassociates.com/w-9/

INVOICE DUE WITHIN 30 DAYS.
8.00% APR FINANCE CHARGES WILL BE APPLIED TO ALL INVOICES NOT PAID WITHIN TERMS.