IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION
*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| DAVID CAMM | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| VS. | ) | CASE NO. 4:14-CV-123-TWP-DML |
| | ) | |
| STANLEY O.FAITH, SEAN CLEMONS, | ) | |
| SAM SARKISIAN, JAMES NIEMEYER, | ) | |
| WILLIAM L. WALLS, ROBERT NEAL, | ) | |
| JAMES BIDDLE, GARY GILBERT, | ) | |
| KEITH HENDERSON, ROBERT STITES | ) | |
| RODNEY ENGLERT, AND ENGLERT | ) | |
| FORENSIC CONSULTANTS. | ) | |
| DEFENDANTS | ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff, David Camm, in the above-styled action, hereby appeals to the United States Court of Appeals for the 7th Circuit from the following Orders:

1) Order granting the Defendants', Stanley O. Faith, Sean Clemons, Sam Sarkisian, James Niemeyer, William L. Walls, Robert Neal, James Biddle, Gary Gilbert, Keith Henderson, Robert Stites, Rodney Englert, and Englert Forensic Consultants, Motions for Summary Judgment entered in Court on January 29, 2018. [DN 226].

2) Order denying Camm's Motion to Transfer Venue [DN 175].

Respectfully submitted,

/s/ *Garry R. Adams*
Garry R. Adams
Daniel J. Canon
Andrew T. Lay
CLAY DANIEL WALTON & ADAMS PLC
101 Meidinger Tower
462 South Fourth Street
Louisville, KY  40202
(502) 561-2005
garry@justiceky.com
dan@dancanonlaw.com
pete@justiceky.com

## CERTIFICATE OF SERVICE

It is hereby certified that on the 26th day of February, 2018, a copy of the foregoing was filed electronically with the Clerk of the Court using the CM/ECF System which will send a note of electronic filing to all registered counsel.

/s/ *Garry R. Adams*
Garry R. Adams