IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| DAVID CAMM | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 4:14-cv-123-TWP-DML |
| | ) | |
| STAN FAITH, et al | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL EXHIBIT LIST OF RODNEY ENGLERT**

Defendants Rodney Englert, by counsel, now submits his Final Exhibit List as follows:

**EXHIBITS**

1. Trial transcripts, hearing records, orders, and exhibits from criminal trial of State of Indiana v. David Camm, Cause No.: 22D01-0010-CF-00343 on January 9, 2002. These items were produced in discovery to all parties.

2. Trial transcripts, hearing records, orders, and exhibits from criminal trial of State of Indiana v. David Camm, Cause No.: 22C01-0905-PC-00006 on January 9, 2006.

3. All probable cause affidavits from State v. Camm, 22D01-0010-CT-000343, 87D02-0411-MR-000136, and 22C01-0503-MR-000072, and accompanying Court Orders.

4. Rodney Englert's responses to Interrogatories, Request for Production, and Request for Admissions from Plaintiff, with attached exhibits.

5. Plaintiff's Responses to Interrogatories, Request for Production and Request for Admissions with attached exhibits from any party to this lawsuit.

6. Any other Party's responses to Interrogatories, Request for Production and Request for Admissions with attached exhibits.

7. Letter from Portland State University regarding Robert Stites;

8. Pre-trial Depositions of Dean Marks;

9. Dean Marks' training record, testimony log, and report (listed under#6) produced pursuant to this investigation.

10. William Chapin's curriculum vitae, report, photographs, and notes produced pursuant to this investigation.

11. Tom Bevel's curriculum vitae, report, photographs, and notes produced pursuant to this investigation.

12. Robert Spaulding's curriculum vitae, report, photographs, and notes produced pursuant to this investigation.

13. Photographs examined by Dean Marks, first Camm trial;

14. Deposition and trial testimony of Terry Laber;

15. Any and all crime scene photographs and videos;

16. Any and all police reports produced by the Indiana State Police into the investigation in the Camm murders;

17. Evidentiary logs produced by the Indiana State Police pursuant to this investigation;

18. All Autopsy Reports;

19. Any and all laboratory reports and notes;

20. Rodney Englert's curriculum vitae, notes, report, photographs reviewed of crime scene, and vehicle, and documents reflecting reconstruction of the crime;

21. Photographs taken by Robert Stites;

22. Depositions and trial transcripts of Rodney Enlgert;

23. Depositions and trial transcripts of Robert Stites;

24. Notes from Robert Stites investigation;

25. Any and all statements, interviews, testimony, and depositions given by David Camm;

26. Depositions and trial testimony of Bart Epstein;

27. Any and all statements, interviews, depositions, and trial testimony given by Davis Camm;

   a. Indiana State Police interview of David Camm dated October 1, 2000, (83:09) and accompanying transcript;

   b. David Camm's trial testimony transcript State v. Camm 22D01-0010-CF-00343;

   c. David Camm's deposition testimony transcript, Camm v. Stanley Faith, et. al. 4:14-CV-00123-SEB-WGH;

28. Sworn testimony of Stanley Faith;

   a. Stanley Faith's deposition testimony transcript, Stave V. Camm 87D02-0506-MR-000054;

   b. Stanley Faith's deposition testimony transcript, Camm v. Stanley Faith, et. al. 4:14-CV-00123-SEB-WGH;

29. Sworn Testimony of Michael McDaniel, Camm v Stanley Faith, et. al. 4:14-CV-00123-SEB-WGH dated September 21, 2015;

30. Court Hearings from State v. Camm, 22D01-0010-CF-000343;

      a. Transcript of Bond Reduction Hearing, dated October 3, 2000;

      b. Transcript of Bond Reduction Hearing, dated January 10, 2001;

      c. Transcript of Motion to Continue & Motion for Bail/Discharge Hearing, dated February 27, 2001;

      d. Transcript of Bond Hearing, dated November 5. 2001;

31. Jury Verdict from State v. State v. Camm, 22D01-0010-CF-000343, and accompanying Jury instructions and/or trial transcript.

32. Demonstrative exhibit identifying timing, schedule, witnesses, evidence, and exhibits at Camm Trials.

33. Any and all exhibits listed by any other party to the case.

Respectfully submitted,

*/s/ Christopher D. Cody*
Christopher D. Cody, Atty. No.: 24127-32
Hume Smith Geddes Green & Simmons, LLP
54 Monument Circle, 4th Floor
Indianapolis, Indiana 46204
PH: 317/632-4402    FAX: 317/632-5595
ccody@humesmith.com

*Attorney for Defendants, Rodney Englert and Englert Forensic Consultants, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the Efiling system which sent notification of such filing to the following:

                                                  */s/ Christopher D. Cody*
                                                  Christopher D. Cody

John Vincent Maurovich
Matthew L. Hinkle
jmaurovich@chwlaw.com
mhinkle@chwlaw.com
Attorneys for Estate of Stanley Faith

Terry Wayne Toliver
Terry@BMGIndy.com
Attorney for Robert Stites

Betsy M DeNardi
Christi M. Foust
Cory Christian Voight
Betsy.DeNardi@atg.in.gov
Cory.Voight@atg.in.gov
Christi.foust@atg.in.gov
Attorneys for Sean Clemons

Gerry R. Adams
Andrew Thomas Lay
garry@justiceky.com
pete@justiceky.com
Attorneys for David Camm