# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# NEW ALBANY DIVISION

| | |
|---|---|
| DAVID CAMM, | ) |
| Plaintiff, | ) ) ) |
| VS. | ) CASE NO. 4:14-CV-123-TWP-DML |
| SEAN CLEMONS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## DEFENDANT'S PROPOSED VOIR DIRE TOPICS AND QUESTIONS

Defendant Sean Clemons ("Defendant"), by and through counsel of record, hereby requests this Court to discuss the following topics and questions with the Jury during Voir Dire:

1. Juror's personal information:

    a. Are you familiar with any of the parties in this case or their counsel?

    b. Are you able to follow the Judge's instructions that Plaintiff must prove his claims and damages by a preponderance of the evidence and/or clear and convincing evidence?

    c. Do you have any problems with the Plaintiff having the burden of proof?

    d. If you decide after hearing all of the evidence that Plaintiff did not meet his burden of proof, are you able to return a verdict in favor of Sean Clemons?

    e. Have you ever been a plaintiff or defendant in a lawsuit?

    f. If yes, please explain the type of lawsuit and how it turned out? Do you think that experience would influence being a juror in this case?

    g. Have you served on a jury before? Civil or criminal? What were the facts and the ultimate disposition of that case?

    h. Do you believe that a Plaintiff should recover money damages simply because a lawsuit has been filed?

    i. Are there any newspapers, magazines, or web sites you read regularly? What are they?

    j. Do you have any legal training? Have you worked for a law office? Any family members or close friends who have?

    k. Anyone on the panel not originally from Southeast Indiana? When did you move to this area?

2. Juror's Relationship with law enforcement officers:

    a. Have you, a family member or a close friend ever had a negative experience with a police officer? If so, what?

    b. Do you have assumptions about law enforcement personnel?

    c. Have any jurors received training as a law enforcement officer or in the military?

    d. Have any jurors ever been a law enforcement officer or are related to law enforcement officers? Do you have any close friends that are law enforcement officers?

    e. Have any jurors been arrested? If so, for what? Have any jurors' family members been arrested?

    f. Have you ever called 911 seeking police assistance? Please discuss.

    g. Would the fact that the Defendant is represented by the Indiana Attorney General's Office, affect your ability to serve as a fair and impartial juror?

    h. Is there anything in your personal or professional life that would prevent you from giving this case your complete attention? Is there anything in your personal or professional life that would prevent you from being fair and impartial?

    i. Are any jurors romantically involved with or socialize with any members of law enforcement?

    j. Do you think that any time a person makes a claim that a police officer or other law enforcement officer acted improperly, that claim is probably true?

    k. How many jurors have bought or been given a "Blue Lives Matter" article of clothing, flag, bumper sticker or similar item showing support for law enforcement?

    l. How many jurors have a law enforcement decal, sticker, or license plate on a vehicle they own or use?

    m. What traits should a law enforcement officer have?

    n. How should a law enforcement officer respond in a dangerous situation?

    o. Do you have any opinions regarding the Indiana State Police? What are they?

3. Juror's relationship with criminal trials:

    a. Have any jurors been charged with a crime or have had family members charged with a crime? Would you be able to put aside any of those experiences and focus on the evidence in this case?

    b. Have any jurors been convicted of a crime? Have any jurors' family members been convicted of a crime?

    c. Have any jurors been the victim of a crime where a defendant was charged?

    d. How many jurors have testified as a witness at a criminal hearing?

      e. What were the outcomes of those cases?

4. Is there anything not previously discussed that would prevent you from being a fair or impartial juror?

      Respectfully submitted,

      Theodore E. Rokita
      Attorney General of Indiana
      Atty. No. 18857-49

Date: October 29, 2021    By:    *s/ Cory C. Voight*
      Cory C. Voight, #23180-49
      Betsy DeNardi, #23856-71
      Directors of Complex Litigation
      Christi Foust, #34166-49
      Deputy Attorney General

## CERTIFICATE OF SERVICE

I certify that on October 29, 2021, the foregoing document was served upon the following person(s) via CM/ECF, or by depositing the foregoing document in the U.S. Mail, first-class, postage prepaid.

                                        *s/ Cory C. Voight*
                                        Cory C. Voight
                                        Atty. No. 23180-49
                                        Director of Complex Litigation

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-7132
Facsimile: (317) 232-7979
E-mail: Cory.Voight@atg.in.gov