UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| DAVID R. CAMM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   No. 4:14-cv-00123-TWP-DML |
| | ) |
| SEAN CLEMONS, et al. | ) |
| | ) |
|     Defendants. | ) |

## Entry and Order from Settlement Conference

The plaintiff, in person and by counsel, and defendant Stites, in person and by his authorized representative and by counsel, appeared for a settlement conference on January 3 2022, with the magistrate judge. The conference concluded with the parties' agreement on settlement terms. The plaintiff's claims against all other defendants have previously been resolved.

Therefore, all pending motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are VACATED. **By January 7, 2022**, plaintiff and defendant Stites shall file a motion to dismiss consistent with their agreement.

  So ORDERED.

Date: 1/4/2022

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system